UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nicole Brooks
_____

(Name of the plaintiff or plaintiffs)

v.

Walgreen Co.
_____

(Name of the defendant or defendants)

CIVIL ACTION

RECEIVED
dp
OCT 1 4 2011
10-14-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

11-cv-07280
Judge George W. Lindberg
Magistrate Judge Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Nicole Brooks__ of the county of __Cook__ in the state of __IL__.
3. The defendant is __Walgreen Co.__, whose street address is __200 Wilmot Rd.__,
(city) __Deerfield__ (county) __Lake__ (state) __IL__ (ZIP) __60015__
(Defendant's telephone number) (___) – _____

II The plaintiff sought employment or was employed by the defendant at (street address) __55th & Lake Park__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) _____

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month)_____, (day)_____, (year) __2007__.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

    ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) 7 (day) 20 (year) 2009.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month) ___ (day) ___ (year) ___.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____

    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 9 (day) 6 (year) 2011 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a) ☐ failed to hire the plaintiff.
   (b) ☐ terminated the plaintiff's employment.
   (c) ☐ failed to promote the plaintiff.
   (d) ☐ failed to reasonably accommodate the plaintiff's religion.
   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ failed to stop harassment;
   (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h) ☐ other (specify): _____

   _____
   _____
   _____
   _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

See attached

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.
   (b) ☐ Direct the defendant to re-employ the plaintiff.
   (c) ☐ Direct the defendant to promote the plaintiff.
   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ Direct the defendant to (specify): _____

   (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

   (h) ☒ Grant such other relief as the Court may find appropriate.

_Nicole R. Brooks_
Plaintiff's signature

_Nicole R. Brooks_
Plaintiff's name

Plaintiff's street address  4136 S. Prairie #2

City Chicago   State IL   ZIP 60653

Plaintiff's telephone number 773-610-3385

Date: 9/20/2011

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2009-05827 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Nicole R. Brooks | (773) 285-6302 | 01-18-1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4136 South Prairie Ave. Apt #2, Chicago, IL 60653 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WALGREEN CO. | 500 or More | (773) 667-1177 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1554 East 55th Street, Chicago, IL 60615 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                 07-15-2009

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about June 29, 2006. My most recent position was Price Administrator. On or about January 2, 2008, I filed an EEOC charge against Respondent. Since filing my charge, I have been denied promotions, denied transfers and my work has been scrutinized. On or about July 15, 2009, I was constructively discharged.

I believe I was retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUL 20 2009
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 20, 2009              *Nicole Brooks*
Date                      Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Nicole Brooks<br>4136 South Prairie Avenue<br>Apt. 2<br>Chicago, IL 60653 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7000 1670 0012 6744 9099** CP

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2009-05827 | **William Hubbartt,**<br>**Investigator** | (312) 869-8091 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)      _John P. Rowe_      8-31-11
                      **John P. Rowe,**      *(Date Mailed)*
                      **District Director**

cc:
     **WALGREEN COMPANY**

On June 29, 2006 I began my employment with Walgreens, as a Service Clerk. Due to the fact that I had worked at Walgreens previously (11/1994 to 04/1997), I was a fast, efficient Cashier and Stock person. I successfully completed my probationary period at Walgreens and became a full-time worker. Mr. Ng the Store Manager was pleased with my work and even gave me additional assignments to complete. Also I filled in the Camera Department at times. Mr. Chan who was the Executive Assistant Manager always made sarcastic remarks regarding my work. I went to Mr. Ng about the personality conflict that I was having with Mr. Chan. Mr. Ng informed me that he would look into this situation. Some of the actions of Mr. Chan **were very offensive to employees as well as customers. Many customers had expressed to me** that they felt that Mr. Chan racially profiled customers and I brought this information to my store manager's attention Mr. Ng.

In December of 2006, I received my Bachelor of Arts Degree. In January 2007, I applied for the position of Assistant Manager. The reason I filed a charge was because I was denied promotions for reporting Mr. Chan's actions to employee relations. A customer came in my line and demanded to see the store manager. She said Mr. Chan followed her throughout the store a she was a woman in a corporate position. The customer was so livid that she called Walgreens Corporate Office to complain about Mr. Chan. She also gave my name as the cashier that had rung her up. Employee Relations had come in to interview me as well. They told me my answers to their questions would be confidential however, they were not. Mr. Ng became aware of everything that I said. Mr. Ng called me to the office several times, and asked me what I told Employee relations. He was very upset and told me that my resume for the Management position was sitting on the District Managers desk. I did not share completely what I told Employee Relations to Mr. Ng. I continued to keep working and Mr. Ng called me in the office one day to tell me I did not get the position due to availability issues. I said Mr. Ng I have open availability, he just told me to try again next time. For people that did not get the Management position they were giving the SIMS coordinator position.

I transferred to another store which was located at 250 S. Wacker, and was treated badly and denied promotions on more than one occasion. Nicole Willis the store Manager and Ms. Collins the Executive Assistant Manager created a very hostile work environment for me. Nicole Willis used to verbally criticize me and compare me to her previous SIMS Coordinator. She required me to complete every Reset and Revision in the store even though there were department heads to complete their own Resets and Revisions. In the office Mrs. Willis and Ms. Collins used to exclude me out from conversations. They would communicate and whisper in front of me. The harassment has been documented with Employee Relation at Walgreens. I **tried several times to transfer to another District since these problems occurred, also I was denied** the management position several times. When I applied for the Assistant Management position at 250 S. Wacker, Mrs. Nicole Willis told the interviewer there were still some things that she needed me to do. I was denied the management position; however I was training new managers on various tasks. Soon I began to get very stressed and burned out due to the harsh treatment at work.

Finally they transferred me to a Walgreens far north and I was never promoted. It became difficult for me to get to work, it became apparent that they wanted me to resign however, I never did. I was a Price Administrator at this store because they already had a SIMS Coordinator. At the time I was also pregnant. I let the store manager Pamela Araiza knows that this was a distance to travel to this store. I lived on 648 E. 41st street and that store was located at 4720 N. Marine Drive. I was advised to find a store to see if there was an opening.

Every time I would find a store and the manager called my store all of a sudden the position was no longer available. Since they did not like me I felt that I should be transferred to another district.

In April 2009 I took a short time off from Walgreens. I was much stressed also I was trying to find a Walgreens that was closer to where I live. I was allowed to help out at the Walgreens on 34th and King Drive that was down the street from my house. The manager Ms. Thompson said that she needed help and that I would be a good candidate for the job. Soon she told me that she could not hire me at her store after she had spoken to my store manager Pamela Araiza. I believe that she let Ms. Thompson know that I had filed a charge against Walgreens.

The District Trainer Ms. Gornicki sent me an email and told me to report to the Walgreens on 55th Lake Park. I worked at this Walgreens and all of my seniority was gone. I worked a swing schedule and not given a full morning schedule. I worked at this store from June until July 15, 2009 when I was constructively discharged. On the morning of July 15, 2009 a day after warehouse the store manager there called me in the office. He gave me my assignment for the day in a mean way face was frowned also he told me you need work faster when you put up totes. I was so frustrated and mad. The day before I worked so hard in different departments putting up stock. Also I had to operate the cash register and help customers out for him to tell me I was too slow. I have a combined total of 6 years of experience working at Walgreens. I have worked in several departments, Ordered, received and stocked merchandise. I know Walgreens well, and my cash handling skills were fast and efficient. I received compliments from customers. I immediately told the manager to please give me my check and I was leaving. I was crying very badly and it took about 15 minutes for him to give me my check. He said that I am trying to find out why are you are leaving. I said I am tired of never getting recognized for my effort and hard work. Every store I go to used me to put up all their totes yet, I am still not doing a good job. I said I am done. I filed another charge with the EEOC. I was retaliated against, my work was constantly scrutinized and I was denied promotions and transfers out of that district based off me reporting a manager's action to Employee Relations.